No. 67944.—Geo. Tanier, Inc., and Trans-World Shipping Corp. v. United States, protest 61/1931 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of bookshelves similar in all material respects to those the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiffs was sustained.

No. 67945.—B. Shackman & Co. v. United States, protest 62/17503 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of "Old Timer's Sets" similar in all material respects to those the subject of Abstract 66106, the claim of the plaintiff was sustained.

No. 67946.—Henry A. Wess, Inc. v. United States, protests 59/14558 and 59/14559 (Cleveland).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the merchandise consists of Christmas corsages in chief value of hemp similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.